

```
          IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

FEB 1 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HECTOR AND ROSEMARY MARTINEZ, as HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED and OF ORLAND MARTINEZ, DECEASED, and CELINA ELIZONDO, as HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED | § § § § § § § § § | IN THE DISTRICT COURT |
| PLAINTIFFS | § § | |
| VS. | § | C. A. NO. B-01-004 |
| FROST BANK NATIONAL BANK, TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST, and JOSE ALFREDO JIMENEZ, INDIVIDUALLY | § § § § § | |
| DEFENDANTS | § § | |

### PLAINTIFFS' NOTICE OF SERVING "ORDER SETTING CONFERENCE"

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to this Court's Order Setting Conference, Plaintiffs-**HECTOR and ROSEMARY MARTINEZ**, as **HEIRS, BENEFICIARIES OF HECTOR JULIA MARTINEZ, JR. DECEASED** and of **ORLANDO MARTINEZ, DECEASED**, and **CELINA ELIZONDO**, as **HEIR BENEFICIARY OF ALBERT R. PONCE, DECEASED**, files this their Notice of Serving "Order Setting Conference."

Therefore, attached as Exhibit "A" is an Order Setting Conference which will be served to all Defendants pursuant to the Court's Order filed January 8, 2001.

Respectfully submitted,

**LAW OFFICES OF J. MITCHELL CLARK**
Frost Bank Plaza
802 N. Carancahua, Suite 1650
Corpus Christi, Texas 78470
Tel: 361/887-8500
Fax: 361/882-4500

By: _____
J. MITCHELL CLARK
State Bar No. 04283900
Admission No. 11427

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, J. Mitchell Clark, hereby certify that the above and foregoing was forwarded in the manner indicated to the persons listed below on this the 9th day of February, 2001:

**VIA HAND DELIVERY**
James H. Robichaux
Matthews & Branscomb
802 N. Carancahua, Suite 1900
Corpus Christi, Texas 78470
ATTORNEY FOR FROST NATIONAL BANK,
TRUSTEE FOR THE JOSE ALFREDO JIMENEZ TRUST

**VIA CMRRR: Z 270 695 204**
Jose Alfredo Jimenez
TDCJ #785233
Robertson Unit
Texas Department of Criminal Justice
12071 FM 3522
Abilene, Texas 78470
PRO SE

_____
J. Mitchell Clark