9

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

APR 2 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Elizabeth Garcia, individually and as next friend of Brian Garcia | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-04 |
| Daimler Chrysler Corp., | § § | |
| Defendant. | § | |

**ORDER**

BE IT REMEMBERED, that on April 24, 2000, the Court **STRUCK** the Plaintiff's Motion to Remand [Dkt. No. 3] for failure to include a certificate of conference as required by Local Rule 6(A).

DONE at Brownsville, Texas, this 24th day of April 2000.

_____
Hilda G. Tagle
United States District Judge