IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ELIZABETH GARCIA § | |
| Individually and As Next Friend of § | |
| BRIAN GARCIA, Deceased § | |
| § | Cause No. B-00-004 |
| v. § | |
| § | |
| DAIMLER CHRYSLER, ET AL. § | |

## ORDER GRANTING LEAVE TO APPEAR BY TELEPHONE

On this day came on for consideration the Motion for Leave to Appear by Telephone by Defendant Mario's Auto Sales at the initial pretrial hearing on May 25, 2000 at 9:00 a.m. It appearing that the Motion should be granted, it is accordingly

ORDERED that leave is granted to counsel for Mario's Auto Sales to appear at the initial pretrial conference by telephone.

SIGNED this _24_ day of _____, 2000.

_____
United States District Judge

Aic 332\leave order