18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH GARCIA | § | |
| INDIVIDUALLY AND AS | § | |
| NEXT FRIEND OF | § | |
| BRIAN GARCIA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-004 |
| | § | |
| DAIMLER CHRYSLER | § | |
| CORPORATION | § | |

United States District Court
Southern District of Texas
ENTERED
MAY 24 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING MOTION TO APPEAR BY TELEPHONE

On this the __24__ day of May, 2000, came on to be considered the foregoing Plaintiffs' Motion for Leave to Attend Initial Pretrial Conference by Telephone, and the court is of the opinion that the same should be granted;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Leave to Attend Initial Pretrial Conference by Telephone be and same is hereby granted. This case is hereby remanded back to State Court.

Signed this the __24__ day of May, 2000.

_____
JUDGE PRESIDING