22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 25 2000

Michael N. Milby, Clerk of Court
United States District Court
Southern District of Texas
ENTERED

MAY 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Elizabeth Garcia, individually and as next friend of Brian Garcia § § § Plaintiffs, § § v. § § Daimler Chrysler Corp., et al, § § Defendants. § | CIVIL ACTION NO. B-00-04 |

ORDER

BE IT REMEMBERED, that on May 25, 2000, the Court **WITHDREW** its Order Granting Motion to Appear by Telephone signed on May 24, 2000. The aforementioned order was attached to the Plaintiff's Motion to for Leave to Attend Initial Pretrial Conference by Telephone, filed on May 24, 2000. When the Court signed the proposed order attached to the Plaintiff's motion it was unaware that the Plaintiff had included the sentence: "This case is hereby remanded back to State Court." As a sanction for including this clearly erroneous statement, the Court **DENIES** the Plaintiff's Motion to for Leave to Attend Initial Pretrial Conference by Telephone *and orders appearance by Counsel to explain the inclusion of the language quoted supra.*

DONE at Brownsville, Texas, this 25th day of May 2000.

Hilda G. Tagle
United States District Judge