26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Elizabeth Garcia, individually and as next friend of Brian Garcia | § § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. B-00-04 |
| Daimler Chrysler Corp., | § § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on June 6, 2000, the Court considered the Plaintiffs' Motion to Remand [Dkt. No. 12]. Defendants Daimler Chrysler Corporation and Mario Auto Sales have represented to the Court that they are unopposed to the Plaintiffs' motion, and Defendant Luis Enrique Matus has not made an appearance in this case. At the Court's status conference held on May 25, 2000, the Plaintiffs were **ORDERED** to submit an amended motion to remand that indicates that the Defendants Daimler Chrysler Corporation and Mario Auto Sales are unopposed to the Plaintiff's motion, and informs the Court whether Defendant Luis Enrique Matus has been served, and, if he has, whether he is opposed or unopposed to the motion. Furthermore, the Parties were **ORDERED** to submit a proposed scheduling order by May 26, 2000 at 4:00 p.m.

DONE at Brownsville, Texas, this 6th day of June 2000.

Hilda G. Tagle
United States District Judge