27

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Garcia*

versus

*Daimler Chrysler*

§
§
§
§
§
§
§

ENTERED
JUN 0 7 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

CIVIL ACTION B-00-04

## ORDER CANCELING STATUS CONFERENCE

1. The status conference set for _June 8, 2000_, has been canceled.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on _June 6_, 2000, at Brownsville, Texas.

Hilda Tagle
—————————————
Hilda G. Tagle
United States District Judge