

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Elizabeth Garcia, individually and as next friend of Brian Garcia | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-04 |
| Daimler Chrysler Corp., | § § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED, that on June 6, 2000, the Court **GRANTED** the Plaintiffs' Unopposed Amended Motion to Remand this case to the 357th Judicial District Court of Cameron County, Texas. The Court does not have subject matter jurisdiction because the Parties are not diverse and the Plaintiff has only pled state law causes of action.

A certified copy of this order shall be mailed to the Clerk of the state court.

DONE at Brownsville, Texas, this 6th day of June 2000.

_____
Hilda G. Tagle
United States District Judge